USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
      :
SECURITIES AND EXCHANGE COMMISSION,    :
      :
          Petitioner.    :    24-MC-173 (VEC)
      :
    -against-    :    <u>ORDER</u>
      :
ERIC McKENZIE COBB,    :
      :
          Respondent.    :
      :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 9, 2024, the Securities and Exchange Commission ("SEC") moved for an order requiring Respondent to comply with an investigative subpoena issued by the SEC, Petition, Dkt. 1;

    WHEREAS on April 10, 2024, the Court ordered Respondent to show cause why the motion should not be granted by April 24, 2024, and further ordered the SEC to file proof of service of that Order on Respondent by April 12, 2024, Order, Dkt. 9;

    WHEREAS the SEC filed proof that it served the Order via both email and UPS overnight delivery service, Dkt. 11; and

    WHEREAS to date, Respondent has not responded to the Order or appeared in this matter.

    IT IS HEREBY ORDERED that if Respondent fails to oppose the Petition later than **May 2, 2024**, the Court will treat the Petition as unopposed. If Mr. Cobb timely responds, any reply from the SEC must be filed not later than **May 7, 2024**. If Mr. Cobb fails to respond, the SEC

must submit a proposed order granting the requested relief in accordance with the Undersigned's Individual Practices not later than **May 7, 2024**.

    IT IS FURTHER ORDERED that the SEC must file proof of service of this Order on Mr. Cobb via email and overnight delivery service by **5:00 P.M. on April 30, 2024**.

**SO ORDERED.**

Date:  **April 29, 2024**　　　　　　　　　　　　　　　　_____
       **New York, NY**　　　　　　　　　　　　　　　　　　  **VALERIE CAPRONI**
                                                                                **United States District Judge**